# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 5:15-cr-69-RLV |
| v. ) | |
| ) | |
| KIMBERLY MICHAELS DIPADOVA ) | **ORDER** |
| ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" filed February 12, 2016 (Document 38). Having reviewed and considered the United States Probation Office's Violation Report (Document 37), and the pleadings in this case, the Court finds that this case involves a rebuttable presumption in favor of detention, pursuant to 18 U.S. Code Section 3142, and that Defendant Kimberly Michaels Dipadova does not rebut said presumption, in light of the additional alleged violations of her conditions of release. Accordingly, the Government's appeal, its motion to revoke the release order, and its motion for detention are hereby **GRANTED**, and

**IT IS ORDERED**, pursuant to 18 U.S. Code §§ 3142 and 3145, that the release order of the United States Magistrate Judge for the Central District of California is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Defendant shall be **DETAINED** until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office (via e-mail to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.

Signed: February 17, 2016

Richard L. Voorhees